UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO: 15cr-10038 |
| ) | |
| v.  ) | 18 U.S.C. § 111(a)(1)&(b) |
| ) | Assault of a Federal Officer |
| ) | |
| PHOCIAN FITTS, ) | |
|         Defendant. ) | |

**INDICTMENT**

**(Title 18, United States Code, § 111-Assault of a Federal Officer)**

The Grand Jury charges that:

On or about December 16, 2014, at Boston, in the District of Massachusetts,

**PHOCIAN FITTS,**

defendant herein, knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, that is United States Postal Service letter carrier, while the letter carrier was engaged in and on account of the performance of his official duties, and in doing so, made physical contact with the victim of that assault, and in the commission of such acts, used a dangerous and deadly weapon, that is a shod foot, and inflicted bodily injury.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b)

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Kenneth G. Shine
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    February 26, 2015

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

2-26-15

2:06 pm